# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-CV-00949-JLK

**MERCEDES ARMENDARIZ, on behalf of herself and of all other similarly situated.**

    Plaintiff,

v.

**GOLDEN HARMONY, INC.**

    Defendant.

___

## JUDGMENT

Pursuant to the offer of judgment dated September 4, 2015 (Doc. 19), the acceptance thereof filed September 11, 2015 (Doc. 21), and the stipulation for judgment filed November 6, 2015 (Doc. 31), and in accordance with Federal Rule of Civil Procedure 68, it is

**ORDERED** that judgment is hereby entered for the Plaintiff Mercedes Armendariz and against the Defendant Golden Harmony, Inc. in the amount of $24,915.20, including $16,915.20 in reasonable attorney fees and costs as stipulated by the parties. *See* Doc. 31. In light of the Plaintiff's concession that the entry of judgment deprives the Court of further subject matter jurisdiction over this action, *see* Doc. 30, Plaintiff's motion to approve notice of a collective action (Doc. 20) and Defendant's motion to dismiss (Doc. 24) are **DENIED AS MOOT**.

FURTHER ORDERED that post-judgment interest shall accrue at the rate of 0.49% from the date of entry of Judgment.

DATED at Denver, Colorado this 24th day of November, 2015.

APPROVED:                          JEFFREY P. COLWELL, CLERK

*s/ John L. Kane*                    By: *s/ Bernique Abiakam*
Senior U.S. District Court Judge      Bernique Abiakam, Deputy Clerk